Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Eastern _____ District of _ Kentucky _

_____ Division

Eastern District of Kentucky
**F I L E D**

JUN 0 3 2022

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | | |
|---|---|---|
| Danius Jackson, a/k/a, Emmitt E.,1 Complainant, | ) ) ) | Case No. _5:22·CV·143·CHB_ *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* -v- | ) ) ) ) ) ) ) ) ) | Jury Trial: *(check one)* ✔Yes ☐No |
| Louis DeJoy, Postmaster General, United States Postal Service, (Northeast Area) | ) ) ) ) ) | |
| *Defendant(s)* *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Danius Jackson |
| Street Address | 101 Abbott Way |
| City and County | Georgetown |
| State and Zip Code | Kentucky 40324 |
| Telephone Number | 859-221-6930 |
| E-mail Address | danius.jackson@gmail.com |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

    Name                       Louis DeJoy,

    Job or Title *(if known)*      Postmaster General, United States Postal Service,(Northeast Area)

    Street Address         7300 Lindberg Blvd

    City and County       Philadelphia, Philadelphia County

    State and Zip Code    Pennsylvania 19153-9905

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Liberty Post Office |
| Street Address | 2041 Creative Dr Ste 100 |
| City and County | Lexington, Fayette |
| State and Zip Code | Kentucky 40505 |
| Telephone Number | |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Other federal law *(specify the federal law)*:

veteran's preference (5 U.S.C. §§ 3330a-3330b) and Veterans Employment Opportunities Act

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

### III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☑ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☑ Other acts *(specify)*:    During the hiring phase VEOA, VRA was violated.

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

07/17/2015

C.    I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race _____
- ☐ color _____
- ☑ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☑ disability or perceived disability *(specify disability)*

70% Disabled Veteran. _____

E.    The facts of my case are as follows. Attach additional pages if needed.

Under EEOC No. 470-2017-00090X, Agency Case No. 4C-400-0075-15, I, Danius Jackson, Complainant, I was discriminated and retaliated against. Perjury was committed and provided in the case, nonetheless it went ignored. On 01/28/2019, the Administrative Judge stated, "Right to sue letters are not issued in the federal sector hearings proceedings, " and on 02/05/2019, the Administrative Judge vacated my hearing and remanding. Of course, the Agency found no fault and it was appeal. On 03/16/2022, The EEOC, OFO denied my appeal and reconsideration regardless of the proof that the Agency never mailed the F.A.D. and USPS Post Office confirming the invalid tracking number on the F.A.D. The FAD was mailed to the incorrect parties and the dates have been manipulated.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
12/21/2015

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*    03/06/2022                .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would like Your Honor to set this case for trial and provide assistance with the case with the United States Attorney Office for the perjury and prosecuting the discrimination case; however for the purposes of this section: For Emotional Distress damages for the intentional discrimination, combating the Perjury within the case, loss of 1st home, detrimental depression, and loss of benefits can be determined later, and all attorney ' s fees and court costs. At the moment, I am requesting Back and front Pay for a USPS Clerk's salary at $41,784 and to complete a 20-retirement date totaling $835,680, punitive damages of $300,000, as well as the amount of increase in my student loans from 2015 until this date.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    06/03/2022

Signature of Plaintiff

Printed Name of Plaintiff    Danius Jackson

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney    Danius Jackson

Bar Number

Name of Law Firm

Street Address    101 Abbott Way

State and Zip Code    Kentucky    40324

Telephone Number    859 221 6930

E-mail Address    Danius.jackson@gmail.com