UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
EASTERN DIVISION
(at Lexington)

| | |
|---|---|
| DANIUS JACKSON ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 5:22-cv-143-CHB-EBA |
| ) | |
| v. ) | |
| ) | **ORDER ADOPTING** |
| LOUIS DEJOY, ) | **REPORT AND RECOMMENDATION** |
| *Postmaster General, United States Postal* ) | |
| *Service*, ) | |
| ) | |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Report and Recommendation filed by United States Magistrate Judge Edward B. Atkins. [R. 51]. The Report and Recommendation addresses the Motion to Dismiss for Failure to Prosecute, or, in the Alternative, Motion for Judgment on the Pleadings and Summary Judgment ("Motion to Dismiss"), [R. 47], filed by Defendant Louis DeJoy, Postmaster General of the United States Postal Service. Magistrate Judge Atkins ordered that the plaintiff, Danius Jackson, had until September 30, 2024—thirty-two days after the Order was filed—to respond. [R. 50]. In that order, Magistrate Judge Atkins "acknowledge[d] that Plaintiff is proceeding *pro se* and advise[d] him that failure to properly respond to Defendant's Motion or to otherwise prosecute this action may result in a recommendation that dismissal or summary judgment be granted in Defendant's favor and that Plaintiff's claims should be dismissed." *Id.* Plaintiff did not respond to the Motion. Magistrate Judge Atkins then filed his Report and Recommendation, [R. 51], on October 2, 2024. No objections have been filed and the time to do so has expired. *See id.* at 6 (giving parties 14 days to file particularized objections).

For the reasons set forth below, the Court will adopt the Report and Recommendation, *id.*, and grant the Motion to Dismiss, [R. 47].

In his Report and Recommendation, the Magistrate Judge first discussed the factual and procedural background of this case. [R. 51, pp. 1–2]. Namely, he discussed discovery issues between the parties, including Plaintiff's failure to respond adequately or at all to several discovery requests and orders of the Court. *Id.* at 2. The Magistrate Judge noted that, despite the Court granting a Motion to Compel Plaintiff's initial disclosures and response to Defendant's outstanding discovery requests, Plaintiff has not served anything on Defendant. *Id.* (referencing [R. 42 (Order Granting Motion to Compel Disclosures & Discovery Responses)]). The Magistrate Judge next discussed the applicable law under Federal Rules of Civil Procedure 37(b)(2)(v), which permits dismissal as a discovery sanction, and 41(b), which permits defendants to move for dismissal against a plaintiff who fails to prosecute their case or comply with discovery rules and court orders. *Id.* at 3.

Pursuant to Sixth Circuit requirements, the Magistrate Judge made several findings to support his conclusion that the action be dismissed. *See id.* at 3–6. Specifically, Magistrate Judge Atkins found that "Jackson has therefore willfully failed to comply with his discovery obligations and to cooperate in the discovery process and done so despite being explicitly warned that failure to comply with the Court's orders could result in a dismissal of his case." *Id.* at 4–5. Moreover, the Magistrate Judge found "Defendant DeJoy has been prejudiced by this pattern of delay." *Id.* at 5. Magistrate Judge Atkins finally recommended that "lesser sanctions would not be appropriate at this stage." *Id.* Alternatively, Magistrate Judge Atkins advised that Defendant's motion could be granted on the sole grounds that Plaintiff had not responded to Defendant's motion. *Id.*

The Report and Recommendation advised the parties that any objections must be filed within fourteen days. *Id.* at 6. The time to file objections has passed, and neither party has filed any objections to the Report and Recommendation nor sought an extension of time to do so.

Generally, this Court must make a de novo determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a Magistrate Judge's recommended disposition are also barred from appealing a district court's order adopting that recommended disposition. *United States v. White*, 874 F.3d 490, 495 (6th Cir. 2017); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981). Nevertheless, this Court has examined the record and agrees with the Magistrate Judge's Report and Recommendation. Accordingly, the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, [**R. 51**], is **ADOPTED** as the opinion of this Court.

2. Defendant's Motion to Dismiss for Failure to Prosecute, or, in the Alternative, Motion for Judgment on the Pleadings and Summary Judgment, [**R. 47**], is **GRANTED**.

3. This matter is **DISMISSED WITH PREJUDICE**, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket.

This the 4th day of November 2024.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY